UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

UNITED STATES OF AMERICA,
Plaintiff,
v.
RANDOLPH JOHN DUPRATT,
Defendant.

Case No.: 3:06-cr-00105-HDM-VPC-1

**CLARIFICATION ORDER**

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on February 23, 2007 (ECF 20). Upon further review of this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. The Court thus finds good cause exists to clarify the Judgment and modify the restitution order. Therefore, good cause appearing,

**IT IS ORDERED** that any restitution payments received from the defendant shall be forwarded by the court to the following restitution payee listed below:

**Name of Payee:** TRANSPORTATION SECURITY ADMINISTRATION

**Restitution Amount:** $3,874.21

**Total Amount of Restitution ordered: $3,874.21***

*The Restitution amount does not include any payments receipted by the Court.

DATED this 5th day of November, 2026.

Howard D McKibben

HOWARD D. MCKIBBEN
UNITED STATES DISTRICT JUDGE